UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Wallace Christensen, d/b/a Wallace Christensen Broadcasting, | Civil No. 14-4757 (RHK/JJK) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Owners Insurance Company, | |
| Defendant. | |

---

The Court having been advised that this action has been settled, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**, with the Court retaining jurisdiction for 60 days to permit any party to move to reopen for good cause shown or to seek enforcement of the settlement terms.

It is **FURTHER ORDERED** that all motions currently pending are **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  January 21, 2016

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge